Damion L. McCullers (NC Bar Number: 32283 )
Joshua M.Whitaker (NC Bar Number 31858)
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948
Attorneys for Joe Thaler and Lavish Software, LLC

FILED

NOV 0 8 2007

UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORT CAROLINA
WESTERN DIVISION
NO: CV 06-2555 PHX DGC (District of Arizona)

| | |
|---|---|
| MDY Industires, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Blizzard Entertainment, Inc. and ) <br> Vivendi Games, Inc., ) <br> ) <br> Defendants. ) | MOTION TO FILE IN HARD COPY <br><br> 5:07-mc-51 |

The undersigned attorney hereby requests that the Clerk accept for filing a hard copy of the following documents: Motion to Quash a Subpoena, Written Objections to a Subpoena as well as Affidavit. In addition, the undersigned attorney hereby requests that any subsequent filings that may be needed as a result of the above-caption case also be allowed to be filed in hard copy.

The undersigned attorney hereby states that he has, of this day, signed up for a CM/ECF Training class on December 18, 2007 from 1:30 to 3:30.

1

Dated this the, 8th day of November, 2007.

Respectfully Submitted,

*[signature]*

Damion L. McCullers (NC Bar Number: )
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948

*[signature]*

Joshua M. Whitaker (NC Bar Number: 31858)
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948

Attorneys for Joe Thaler and Lavish Software, LLC