Damion L. McCullers (NC Bar Number: 32283 )
Joshua M.Whitaker (NC Bar Number 31858)
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948
Attorneys for Joe Thaler and Lavish Software, LLC

FILED
NOV 13 2007
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY
DEP CLK

UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORT CAROLINA
WESTERN DIVISION
NO: CV 06-2555 PHX DGC (District of Arizona)

MDY Industires, LLC,

Plaintiff,

v.

Blizzard Entertainment, Inc. and
Vivendi Games, Inc.,

Defendants.

ORDER TO ALLOW MOTION TO BE FILED IN HARD COPY

5:07-mc-51

The undersigned clerk/magistrate/judge hereby orders that Petitioners hereby be allowed to file their Motion to Quash a Subpoena, Written Objections to a Subpoena as well as Affidavit in hard copy.. In addition, Petitioners may file subsequent documents in hardy copy with regards to the above-captioned case.

Dated: This, the 8th day of November, 2007.