RECEIVED NOV 08 2007 DENNIS P. IAVARONE CLERK US DISTRICT COURT EDNC

Darrine E. McCullers (NC Bar Number: 32833)
Joshua M. Whitaker (NC Bar Number 31858)
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948
Attorneys for Joe Thaler and Lavish

FILED NOV 13 2007 DENNIS P. IAVARONE, CLERK US DISTRICT COURT, EDNC BY___ DEP CLK

UNITED DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORT CAROLINA
WESTERN DIVISION
NO: CV 06-2555 PHX DGC (District of Arizona)

| | |
|---|---|
| MDY Industires, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>Blizzard Entertainment, Inc. and<br>Vivendi Games, Inc.,<br><br>    Defendants. | OBJECTIONS TO SUBPOENA<br>DUCES TECUM<br>(Fed. R. Civ. P. 45(c)(2)(B)) |

TO ALL PARTIES TO THIS ACTION AND TO THEIR ATTORNEYS OF RECORD:

Joe Thaler and Lavish Software, LLC, pursuant to the provisions of Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure, makes the following objections to the subpoena duces tecum that was delivered to Joe Thaler's North Carolina residence on October 31, 2007:

<u>Objections to ALL Categories of Documents Requested in Schedule A</u>

This request attempts to compel production literally thousands of computer files that are stored on a currently unknown number of computers in multiple locations,

1

possibly in different states. It will take a Herculean effort to gather, sort and prepare the information requested. Without a narrower request, Joe Thaler and Lavish Software, LLC can not in good faith produce the requested information.

Dated this the, 8th day of November, 2007.

Respectfully Submitted,

Damion L. McCullers (NC Bar Number: )
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948

Joshua M. Whitaker (NC Bar Number: 31858)
McCullers & Whitaker, PLLC
1100 Logger Court
Bldg B, Ste 102
Raleigh, North Carolina 27609
P: (919) 790-2908
F: (919) 790-2948

Attorneys for Joe Thaler and Lavish Software, LLC

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2008, I served via facsimile and via email, if available, the attached Written Objection to Subpoena to the following persons. I have contacted parties to inform them we are filing in this manner.

Shane McGee
Attorney for the Defendants Vivendi Games, Inc. and Blizzard Entertainment, Inc.
Sonnenschein Nath & Rosenthal LLP
1301 K. Street, N.W.
Suite 600, East Tower
Washington D.C. 20005
Facsimile (202) 408-6399
Email: smcgee@sonnenschein.com

Scott Stein
Attorney for the Defendants Vivendi Games, Inc. and Blizzard Entertainment, Inc.
Sonnenschein Nath & Rosenthal LLP
2398 East Camelback Road
Suite 1060
Phoenix, Arizona 85106
Facsimile (602) 508-3914

/Damion McCullers
Attorney for Joe Thaler and Lavish Software, LLC